UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANNY PAUL ALLEN,<br><br>    Petitioner,<br><br>    v.<br><br>T. GONZALEZ, Warden,<br><br>    Respondent. | NO. CV 10-8314-RSWL (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: May 10, 2011

RONALD S.W. LEW

---
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE